```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA


LORI DUNLEAVY,                    :
                                  :
        Plaintiff                 :   No. 3:13-CV-2060
                                  :
    vs.                           :   (Complaint Filed 8/1/13)
                                  :
CAROLYN W. COLVIN, ACTING         :
COMMISSIONER OF SOCIAL            :   (Judge Munley)
SOCIAL SECURITY,                  :
                                  :
        Defendant                 :
```

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Lori Dunleavy as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Lori Dunleavy disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

                        s/ James M. Munley
                        JAMES M. MUNLEY
                        United States District Judge

Dated: September 16, 2014